UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAN WEESE and | ) |
| CHERYL SULT-WEESE, | ) |
| Plaintiffs, | ) |
| | ) No. 1:17-cv-747 |
| -v- | ) |
| | ) Honorable Paul L. Maloney |
| KALAMAZOO METRO TRANSIT SERVICE, | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 16, 2017   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge